AO 91 (Rev. 11/11)  Criminal Complaint

| AUSA: | Jeanine Brunson | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Task Force Officer: | Treva L. Eaton | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Willie Lee Slocum

Case No.  Case: 2:20−mj−30430
Assigned To : Unassigned
Assign. Date : 10/16/2020
Description: RE: WILLIE LEE SLOCUM (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 5, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Eaton_
Complainant's signature

Treva L. Eaton, Task Force Officer (ATF)
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __October 16, 2020__

Judge's signature

City and state: __Detroit, Michigan__

Hon. David R. Grand, United States Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Treva L. Eaton, being duly sworn, do hereby state the following:

## I.   INTRODUCTION

1. I am Detroit Police Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a Detroit Police Officer since September 1996, and assigned to the ATF since May 2015. I have been involved in numerous investigations of firearms and numerous criminal investigations resulting in prosecutions.

2. The statements contained in this affidavit are based on my review of written police reports by Detroit Police Officers, information provided to me by and/or through other law enforcement agents, investigators, and individuals with knowledge of this matter. This affidavit does not provide every detail known to law enforcement about this investigation.

3. This affidavit provides information necessary to establish probable cause that Willie Lee SLOCUM (DOB XX/XX/1995) has violated Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm.

## II.   PROBABLE CAUSE

4.     October 5, 2020 at approximately 9:00 AM, Corporal Randy Randolph from Detroit Police Department received a police run to the General Motors building located at 100 Renaissance Drive to recover narcotics, and money.

5.     Corporal Randolph arrived at 100 Renaissance Drive, and talked to General Motors Security Officer Kaltz , who stated that he observed SLOCUM asleep at the wheel of a 2020 Volkswagen, gray in color, bearing Michigan license plate #EFQ4440.  Security Officer Kaltz was concerned that SLOCUM may be having a medical emergency.  Security Officer Kaltz walked up to the Volkswagen and observed a large sum of money along with a bag of suspected narcotics sitting on the front passenger seat.  Security Officer Kaltz had SLOCUM exit the vehicle.  Security Officer Kaltz detained SLOCUM, and called 911.

6.     Corporal Randolph requested a supervisor to make the scene before he entered the vehicle to recover the evidence.  Sargent Steven Shank from the Detroit Police Department made the location, along with code 4850 manned by Police Officer Denise Wallet, and 4851 manned by Police Officer Steven Engebretson. Corporal Randolph

requested a tow for the Volkswagen. During the inventory search, prior to being towed, Corporal Randolph recovered the suspected narcotics, money off the front seat, and the stack of $1 dollar bills in the plastic bag from the backseat floor on the driver's side. Corporal Randolph continued his inventory search, and recovered a black semiautomatic Beretta PX4 Serial number PZ37865 with 1 round of ammunition in the chamber, and 10 rounds of ammunition in the magazine from the middle console. Corporal Randolph continued his inventory search, and recovered a black semiautomatic Glock 27 Serial number RER133 with no rounds of ammunition in the chamber, and 12 live rounds of ammunition in the magazine from seat pocket behind the front passenger seat. Corporal Randolph also recovered the rental agreement for the Volkswagen in SLOCUM's name. Once the inventory search was complete, Corporal Randolph along with Officers Wallet and Engebretson, placed SLOCUM under arrest for violation of the Controlled Substance Act, and carrying a concealed weapon.

7. SLOCUM was arrested, and conveyed to the Detroit Detention Center for processing.

8. A criminal history check was conducted on SLOCUM which revealed that he had the following prior felony convictions:

    a. Felony possession with intent to distribute. US District Court, OH057017b.

9. On October 15, 2020, Special Agent David Salazar advised me, based upon the verbal descriptions provided, without physically examining the firearms, that the above referenced firearms are both a firearm as defined under 18 U.S.C. § 921, were manufactured outside of the state of Michigan after 1989, and therefore had traveled in and affected interstate commerce.

## III. CONCLUSION

10. Probable cause exists that Willie Lee SLOCUM, a convicted felon, was in possession of the above described firearms and ammunition, said firearms having travelled in interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1). Probable cause exists that SLOCUM possessed the weapons knowing that he had been previously convicted of a felony offense.

Respectfully submitted,

*Eaton*

Treva L. Eaton, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HON. DAVID R. GRAND
UNITED STATES DISTRICT COURT JUDGE

Date: October 16, 2020